**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Evgenii Vladimirov,

Petitioner,

v.

Luis Rosa, Jr. et al.,

Respondents.

No. CV-26-04670-PHX-JCH

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 on July 6, 2026, challenging his immigration detention, arguing he was granted adjustment of status to a lawful permanent resident in December 2025. Petitioner also argued he was arrested without a warrant or any ability to contest his detention. (Doc. 1.) Pursuant to General Order 26-09, the Court electronically served the Petition on Respondents and issued the Standard Scheduling Order, which required Respondents to respond to the Petition within seven days. (Docs. 3, 4.) Respondents' response deadline was July 15, 2026, but despite filing a notice of appearance (Doc. 5), no response was filed.

Because Respondents failed to provide any justification for Petitioner's redetention, the Court finds the defense waived. *See N-E-M-B v. Wamsley*, CV-25-00989-SI, 2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition

because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"); *cf. Jenkins v. Cnty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) ("Jenkins abandoned her other two claims by not raising them in opposition to the County's motion for summary judgment.").

The Petition will therefore be granted, and Petitioner ordered released from custody immediately.

Accordingly,

**IT IS ORDERED** granting Petitioner's Petition for Writ of Habeas Corpus (Doc. 1).

**IT IS FURTHER ORDERED** that Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 30th day of September, 2026.

John C. Hinderaker
United States District Judge